Hon: Clerk — I need your name!
District Clerk
In the Court Criminal
Appeals of Texas
P.o. Box 12308
Capitol Station
Austin Texas 78711

RE: State v. Ismael Diaz Jr 96-CR-170 Starr County District Court 229th Court House

Dear District Clerk:

Please forgive me, I indeed send you an non-sence letter the 28th of Jan 2015, my inglish is not that good, and I don't know much of Law, and am trying heard to help my self with my Criminal Cause in Newly Discovered Evidence. I send in To this Hon: Court of appeal my Art. 40.001 the 29th of December 2014. with a motion writ of mandamus under Cause no 96-CR-170 against Eloy R. Garcia District Clerk in Starr County, tx I recieved Your Card informing applicant You reciee writ of mandamus the 6th of Jan 2015. and New Cause # and which Clerk I should address my Issues. Four (4) day leater officials in Tdcj: Came and Toke all my property for Some investigation against Gange related Groups got in a fict. [I am out of any all information]

Clerk, fore (4) days Befor I recieved Court of appeals Card, Informing me You have Submitted writ of mandamus into Court. I send you under Louise Pearson, another motion under **Brady** material requesting this Hon: Criminal Courts GRANT that othere Motion to be ADDED to Applicants' Art 40.001. I send motion in two (2) seperated Envelops # (1) an # (2)! In Jan 12. 2015. ~~according these parcels you information~~

Hon: Clerk, will you Please Informe relator if you did recieved my **Brady** motion and if it was added to my Art 40.001; and Send me the appeals Case # an who I got address my issues or motions. I was worhing in remmoving District Judge off my case she is a 3rd party frand of the dicise family. Herein Sdf stamp Envelop for your Information

Execuled the 3rd Day
OF February 2015.

Trutfully Yours
Ismael
12120 Savage Drive
midway, tx 75852
Pro se

## UNSWORN to DECLARATION

Pursuant to both Federal Law 28 u.s.c. § 1746 and Texas Civil Practice and Remedis Code §§ 132.001-132.003. I Ismael Diaz Jr an Incarcerated Citizen of the State of Texas herein swear under penalty that the forgoing is a TRUE AND CORRECT account of events as described herein.

Execuled this 3rd Day
OF February 2015.

Trutfully Yours
Ismael
12120 Savage Drive
midway, tx 75852
Pro se